**UNITED STATES of America, Appellee,**

v.

**Jodi ENOS, Appellant.**

**No. 05–2020.**

United States Court of Appeals, Eighth Circuit.

Jan. 9, 2005.

Submitted: Dec. 29, 2005.

Decided: Jan. 9, 2006.

---

**621**

Teresa K. Baumann, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

John P. Messina, Federal Public Defender's Office, Southern District of Iowa, Des Moines, IA, for Appellant.

Jodi Enos, Oklahoma, OK, pro se.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

Jodi Enos pleaded guilty to attempting to manufacture methamphetamine, and aiding and abetting the attempt to manufacture methamphetamine, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 846. The district court[1] sentenced her within the advisory Guidelines range to 70 months in prison and 4 years of supervised release. On appeal, her counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For the reasons discussed below, we grant counsel's motion and affirm the judgment of the district court.

Counsel argues that the sentence imposed is unreasonable under the standard of review announced in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). However, a sentence within the advisory Guidelines range is presumptively reasonable, and we conclude that Enos has not satisfied her burden to rebut that presumption of reasonableness. *See United States v. Lincoln,* 413 F.3d 716, 717–18 (8th Cir.2005), *cert. denied,* — U.S. ——, 126 S.Ct. 840, — L.Ed.2d ——, 2005 WL 3067440 (U.S. Dec. 12, 2005) (No. 05–7506).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.